## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.G., individually and as parent of minor A.M. and/or on behalf of similarly situated individuals, et al. | : : : : | CIVIL ACTION |
| v. | : : | NO. 20-3378 |
| MANHEIM TOWNSHIP, et al. | : | |

### ORDER

AND NOW, this 1st day of July, 2021, after hearing held a hearing on the Motion for Approval of the Settlement Agreement, it is **ORDERED AND DECREED** that the Petition for Minor's Compromise is hereby **GRANTED**. The Court finds that the settlement is fair, reasonable, and serves the best interest of the plaintiffs herein. Two of the three plaintiffs remain as minors, therefore, the Court **ORDERS** that the sum of $6,349.50 for each minor plaintiff be deposited into a federally insured restricted bank account to be turned over to the minor plaintiffs when they attain the age of eighteen (18). Plaintiffs' counsel must file proof of said deposit on the docket.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.